UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JAMES U. PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-242 |
| ) | |
| LANCE BENZING and ) | Honorable Phillip J. Green |
| HILLSDALE COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion and Order,

**IT IS ORDERED** that judgment is hereby entered dismissing all plaintiff's claims against defendants with prejudice.

Dated: December 8, 2018        /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge